Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 23, 2026

**By ECF**
The Honorable Dale E. Ho
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Albany Gamble,
26 Cr. 324 (DEH)

Dear Judge Ho:

I write with the government's consent respectfully to request that the sentencing scheduled for December 21, 2026, be adjourned to January 15, 2027, a date on which I understand the Court has availability. The reason for the request is to allow the defense more time to receive and review Mr. Gamble's medical records, which will be an important issue at sentencing. Because this case was a Rule 15 transfer, we were appointed only shortly before the plea was entered, limiting our time to gather these materials. This is the first request for a continuance, and we do not anticipate that there will be another one. I spoke with Assistant United States Attorney Joe Zabel who consents. Thank you for your consideration.

Respectfully submitted,

/s/
Benjamin Silverman
Assistant Federal Defender
(212) 417-8733

cc: Counsel of record (by ECF)

Application **GRANTED**. The sentencing hearing previously scheduled for December 21, 2026, is hereby **ADJOURNED** to **January 15, 2027, at 10:00 a.m.** Defendant's sentencing submissions are due on January 1, 2027. The Government's sentencing submissions are due on January 8, 2027. The Clerk of Court is respectfully directed to close ECF No. 8. **SO ORDERED.**

Dated: November 23, 2026
New York, New York

Dale E. Ho
United States District Judge